UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                        CHAPTER 7 CASE

Andrew Hanson                                 CASE NO. 10-60553

                    Debtor(s).                ORDER

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated March 23, 2007, executed by Andrew Hanson a married man and Shannon Hanson his wife , recorded on covering real estate located in Clay County, Minnesota, legally described as:

Lot 13 in Block 3 of Ridgewood Addition to the City of Moorhead Situate in the County of Clay and the State of Minnesota
And commonly known as 3045-16th Avenue S, Moorhead, Minnesota 56560

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: July 20, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk